PHILLIP A. TALBERT
United States Attorney
JOHN E. SCANLON
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700

Attorneys for Plaintiff
United States of America

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:22-po-00046-CKD |
| Plaintiff, | STIPULATION AND ORDER TO VACATE BENCH TRIAL AND SET BENCH TRIAL |
| v. | DATE: May 3, 2022 |
| MARI T. BLOME, | TIME: 10:00 a.m. |
| | JUDGE: Hon. Carolyn K. Delaney |
| Defendant. | |

**STIPULATION**

The United States of America, by and through its counsel of record, and defendant, by and through its counsel of record, stipulate as follows:

1. By previous order, this matter was scheduled for a bench trial on May 3, 2022 at 10:00 a.m.

2. By this stipulation, the parties now jointly move to vacate the May 3, 2022 bench trial.

3. The parties jointly request that the Court re-set the bench trial for May 24, 2022 at 9:30 a.m.

4. By previous order, Trial Briefs, Exhibit Lists and Witness

Lists were due on April 26, 2022.  The parties now jointly request that the Court order the Trial Briefs, Exhibit Lists, and Witness Lists be due on May 17, 2022.

    IT IS SO STIPULATED.

DATED: April 27, 2022         PHILLIP A. TALBERT
                                 United States Attorney

                          By:  */s/ John Scanlon*
                                JOHN E. SCANLON
                                Special Assistant U.S. Attorney


                                */s/ Mark Reichel*
                                MARK REICHEL
                                Counsel for Defendant
                                (*Approved via email on 4/27/2022*)

**FINDINGS AND ORDER**

    IT IS SO ORDERED, that the bench trial currently scheduled on May 3, 2022 at 10:00 a.m. is vacated.  The bench trial is re-set for May 24, 2022 at 9:30 a.m. and the Trial Brief, Exhibit Lists, and Witness Lists are due on May 17, 2022.


    FOUND AND ORDERED

    Dated:  April 28, 2022

                                          CAROLYN K. DELANEY
                                          UNITED STATES MAGISTRATE JUDGE