PHILLIP A. TALBERT
United States Attorney
JOHN E. SCANLON
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:22-po-00046-CKD |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE BENCH TRIAL |
| v. | DATE: May 24, 2022 |
| MARI T. BLOME, | TIME: 9:30 a.m. |
| | JUDGE: Hon. Carolyn K. Delaney |
| Defendant. | |

**STIPULATION**

The United States of America, by and through its counsel of record, and defendant, by and through its counsel of record, stipulate as follows:

1. By previous order, this matter was scheduled for a bench trial on May 24, 2022 at 9:30 a.m.

///

///

///

///

///

STIPULATION AND [PROPOSED] ORDER             1                    U.S. v. MARI T. BLOME

2. By this stipulation, the parties now jointly move to continue the bench trial to August 4, 2022 at 9:39 a.m.

IT IS SO STIPULATED.

DATED: May 19, 2022                PHILLIP A. TALBERT
                                   United States Attorney


                              By:  */s/ John Scanlon*
                                   JOHN E. SCANLON
                                   Special Assistant U.S. Attorney


                                   */s/ Mark Reichel*
                                   MARK REICHEL
                                   Counsel for Defendant
                                   (*Approved via email on 5/19/2022*)


**FINDINGS AND ORDER**

IT IS SO ORDERED, that the bench trial currently scheduled on May 24, 2022 at 9:30 a.m. is continued to August 4, 2022 at 9:30 a.m.

FOUND AND ORDERED

Dated:  May 20, 2022

                                   _____
                                   CAROLYN K. DELANEY
                                   UNITED STATES MAGISTRATE JUDGE